

**NUMBER 13-10-00001-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARJORIE WILLIS, AS THE REPRESENTATIVE**
**OF THE ESTATE OF CLAYTON T. WILLIS, DECEASED,**          **Appellant,**

**v.**

**MARITZA ANAYA,**                                              **Appellee.**

---

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez, Justices Yañez and Vela**
**Memorandum Opinion Per Curiam**

This case is before the Court on appellant's unopposed motion for remand in aid of settlement. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to set

aside the trial court's judgment without regards to the merits, and remand this case to the trial court for rendition of judgment in accordance with the agreement of the parties.

The unopposed motion to set aside the trial court's judgment and remand the case is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
25th day of February, 2010.